# Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

January 27, 2023

(*Via ECF*)
Hon. Tonianne J. Bongiovanni, U.S.M.J
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room: 5E
Trenton, NJ 08608

      Re: *Bhandari v. United Healthcare Insurance Company*
      Civil Case No.: 3:21-cv-19611-FLW-TJB
      File No.: 37134.0340

Dear Judge Bongiovanni:

      This office represents the Defendant United Healthcare Insurance Company in the above referenced matter. We are writing to request an adjournment of the settlement conference scheduled in this matter for February 7, 2023 to a date later in February (preferably after the week of February 6, 2023). Defendant requests the extension because the undersigned must appear at a previously scheduled status conference on February 7, 2023 and has two oral arguments in other matters scheduled for that week as well. As such, Defendant requests an adjournment of the settlement conference with Your Honor. Plaintiff's counsel consents to the relief requested herein.

      Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)