**Robinson+Cole**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

April 27, 2023

(*Via ECF*)
Hon. Tonianne J. Bongiovanni, U.S.M.J
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room: 5E
Trenton, NJ 08608

   Re: *Bhandari v. United Healthcare Insurance Company*
   Civil Case No.: 3:21-cv-19611-FLW-TJB
   File No.: 37134.0340

Dear Judge Bongiovanni:

  This office represents the Defendant United Healthcare Insurance Company in the above referenced matter. We are writing along with Plaintiff to jointly request an adjournment of the settlement conference scheduled in this matter for May 1, 2023 to May 15, 2023. The parties request the adjournment so that they can share documentation to further settlement negotiations amongst themselves before participating in another conference with the Court.

  Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)